# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

———————————————

Case No. 5D23-3201
LT Case No. 2014-CF-0008326-A

———————————————

KURT HELMICH,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

———————————————

3.850 appeal from the Circuit Court for Duval County.
Jonathan D. Sacks, Judge.

Kurt Helmich, Raiford, pro se.

Ashley Moody, Attorney General, and Christina Piotrowski,
Assistant Attorney General, Tallahassee, for Appellee.

January 9, 2024

PER CURIAM.

AFFIRMED. *See* Fla. R. App. P. 9.315(a).

WALLIS, BOATWRIGHT, and KILBANE, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____